PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Donna Pepsny

Cr.: 01-47-03
PACTS Number: 29251

Name of Sentencing Judicial Officer: Honorable Alfred M. Wolin
United States District Judge

Name of Assigned Judicial Officer: Honorable Jose L. Linares
United States District Judge
(Case Transferred on 07/06/05)

Date of Original Sentence: 03/13/03

Original Offense: Conspiracy to Defraud the United States; Wire Fraud (5 counts)

Original Sentence: Imprisonment - 37 months on each count, to run concurrently; Supervised Release - 3 years; Special Assessment - $600; Restitution $387,687.00, no less than $75 a month

Resentence: 07/06/05: Imprisonment - 30 months, count one; Supervised Release - 3 years; Special Assessment - $100; Restitution $387,687.00

Type of Supervision: Supervised Release                    Date Supervision Commenced: 12/06/07

## PETITIONING THE COURT

[ ]  To extend the term of supervision for        Years, for a total term of        Years.
[X]  To modify the conditions of supervision as follows: The offender shall make restitution of $387,687.00, in monthly installments of no less than $25.00

## CAUSE

The offender is a homemaker, the mother of four children, and her estranged husband is not paying any support. She has been unable to obtain suitable employment and does not have the ability to pay more than $25 a month, which she will obtain from her mother who is currently providing her only means of support. Pepsny has consented to the modification of her supervision condition pertaining to her restitution payment. The government has been contacted and has no objection to this modification.

Respectfully submitted,

By: Monica G Martin
U.S. Probation Officer
Date: 01/02/2009

PROB 12B - Page 2
Donna Pepsny

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

1/12/09
Date