PROB 12A
(7/93)

# United States District Court

for

District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Donna Pepsny            Cr.: 01-47-03
                                                                                     PACTS Number: 29251

Name of Sentencing Judicial Officer: Honorable Alfred M. Wolin
                                     United States District Judge

Name of Assigned Judicial Officer: Honorable Jose L. Linares
                                     United States District Judge
                                     (Case Transferred on 07/06/05)

Date of Original Sentence: 06/13/03

Original Offense: Conspiracy to Defraud the United States; Wire Fraud (5 counts)

Original Sentence: Imprisonment - 37 months on each count, to run concurrently; Supervised Release - 3 years; Special Assessment - $600; Restitution - $387,687.00

Resentence: 07/06/05: Imprisonment - 30 months, count one; Supervised Release - 3 years; Special Assessment - $100; Restitution - $387,687.00

Type of Supervision: Supervised Release           Date Supervision Commenced: 12/06/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1                    The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay restitution in the amount of $387,687.00; it shall be paid in the following manner: shall be paid in monthly installments of at least $25.**'

                     The offender has made regular payments of $25 per month while on supervision. She has failed to pay the restitution of $387,687 in full during the term of supervision, which is due to expire on December 5, 2010.

U.S. Probation Officer Action:

The offender continues to comply with all of the conditions of her supervision. She continues to care for her four children, and she has been making monthly $25.00 payments toward the restitution. There remains a balance of $299,303.32.

It is recommended that the Court allow the term of supervision to expire and the balance of the restitution be collected through the United States Attorney's Office, Financial Litigation Unit (FLU). Ms. Pepsny understands that this is a liability which will continue for 20 years.

Respectfully submitted,

By: Monica G. Martin
U.S. Probation Officer
Date: 11/04/10

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Allow Supervision to Expire with Restitution Balance Remaining - Collection to be Pursued by FLU
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

11/16/10
Date